**Order filed October 13, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00173-CV
_____

**NEGOTIATE ONE, INC., Appellant**

**V.**

**MEMBERS CHOICE CREDIT UNION, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1017454**

---

## O R D E R

Appellant's brief was due September 28, 2015. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **October 30, 2015**, the court will dismiss the appeal for want of prosecution. _See_ Tex. R. App. P. 42.3(b).

PER CURIAM